# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHAMLA L. MCLAURIN, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) C.A. No. 1:21-cv-01157-RGA <br> ) |
| CATHOLIC CHARITIES, INC., | ) <br> ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

The parties, by and through the undersigned counsel, hereby stipulate and agree that this action is dismissed with prejudice.

| SCHMITTINGER & RODRIGUEZ, P.A. | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ *Dianna E. Stuart* | /s/ *Jennifer M. Kinkus* |
| William D. Fletcher, Jr. (Del. Bar ID 362) | Michael P. Stafford (Del. Bar ID 4461) |
| Dianna E. Stuart (Del. Bar ID 6301) | Jennifer M. Kinkus (Del. Bar ID 4289) |
| 414 S. State Street | Lauren E.M. Russell (Del. Bar ID 5366) |
| P.O. Box 497 | 1000 North King Street |
| Dover, DE 19903 | Wilmington, Delaware 19801 |
| Telephone: (302) 674-0140 | Telephone: (302) 571-6722; (302) 576-3255 |
| Email: wfletcher@schmittrod.com; | Facsimile: (302) 576-3455; (302) 576-3750 |
| dstuart@schmittrod.com | Email: jkinkus@ycst.com; lrussell@ycst.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Dated: November 8, 2022 | Dated: November 8, 2022 |

IT IS SO ORDERED, this __8th__ day of __November__ , 2022.

                                        /s/ Richard G. Andrews
                                        Judge Richard G. Andrews
                                        United States District Court